AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY SHELTON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV121-154

KILOLO KIJAKAZI,

Defenndant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 11, 2022, the Report and Recommendation of the Magistrate Judge is adopted as its opinion and affirms the Commissioner's final decision. This action stands closed.

August 11, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020